IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL ROSS | No. 06-10224-NMG |

### ▓▓▓▓▓▓ ORDER

It is hereby ORDERED that the United States Marshal shall forthwith return the defendant to state custody and lodge a federal detainer against defendant with state authorities.

_9/27/06_

_/s/ Nathaniel M. Gorton_
Hon. Nathaniel M. Gorton
U.S.D.J.